UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATION: 33 U.S.C. §§ 1311(a) and** |
| **LAWRENCE LEWIS,** | : | **1319(c)(1)(A)** |
| | : | **(Clean Water Act)** |
| **Defendant.** | : | |

# I N F O R M A T I O N

The United States informs the Court:

## COUNT ONE

I.  Introduction

At all times material to this Information:

   1. LAWRENCE LEWIS was the Director of Engineering of a retirement facility (hereinafter "the facility"), located in the District of Columbia. Lewis is a licensed Class I Steam Engineer.

   2. As Director of Engineering from at least 2005 until the present, LAWRENCE LEWIS was responsible for, among other things, overseeing the disposal of sanitary wastewater at the facility.

   3. On or about March 29, 2007, Lawrence Lewis caused a discharge of untreated sanitary sewage into Rock Creek, a navigable water of the United States, when he directed and /or authorized an employee of the facility to connect a hose to a bypass pipe within the facility and to run the hose outside the facility into the parking lot where it eventually flowed into a storm drain. The storm drain led directly into Rock Creek

4. Neither the facility or LAWRENCE LEWIS had been issued a permit to discharge a pollutant into Rock Creek.

5. The unpermitted discharge continued from approximately 7:00 a.m. until about 2:30 p.m. when Park Police arrived on the scene.

6. From about January 2006 through March 2007, LAWRENCE LEWIS caused similar unpermitted discharges of sanitary sewage from the facility into Rock Creek on at least four occasions.

7. Accordingly, on or about March 29, 2007, LAWRENCE LEWIS, in the District of Columbia, did negligently make and cause to be made an unpermitted discharge of a pollutant from a point source into a navigable water of the United States, all in violation of 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A).

**(Clean Water Act, in violation of Title 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A)).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610


By: _____
Angela Hart-Edwards
Assistant United States Attorney
United States Attorneys Office
PA Bar
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0031


Noreen McCarthy
Trial Attorney
U.S. Department of Justice
Environmental Crimes Section