UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. Case No. 07-284 (HHK) |
| | : | |
| LAWRENCE LEWIS, | : | |
| | : | VIOLATION: 33 U.S.C. §§ 1311(a) and |
| | : | 1319(c)(1)(A) |
| Defendant. | : | (Clean Water Act) |

GOVERNMENT'S MOTION FOR DISMISSAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss the Information filed in this case on October 19, 2007. In support of its motion, the government states the following:

1. The defendant and the government have entered into a plea agreement pursuant to which the defendant will enter a plea of guilty to negligently making or permitting to be made an unpermitted discharge of a pollutant into a navigable water of the United States in violation of the Clean Water Act.

2. In preparation for anticipated entry of the defendant's guilty plea, the government filed an Information charging the defendant pursuant to 33 U.S.C. 1311(a) and 1319(c)(1)(A). Together with the Information, the government filed in error a Category A Form, a form which is filed only in felony cases, and the case was assigned to this Court.

3. The offense charged in the Information is properly classified a misdemeanor as the maximum sentence of incarceration that may be imposed is one year. 33 U.S.C. 1319(c)(1)(A),

Accordingly, the government requests that the Court dismiss the previously filed Information, at which time the government will file an Information in conformity with the

District Court's procedures for the filing of charging documents in misdemeanor cases.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted.

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By: _____
Angela Hart-Edwards
Assistant United States Attorney
United States Attorneys Office
PA Bar
Federal Major Crimes Section
555 4th Street, N.W.   Room 4241
Washington, D.C.  20530
(202) 307-0031
angela.hart-edwards@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 07-284 (HHK) |
| | : | |
| LAWRENCE LEWIS, | : | VIOLATION: 33 U.S.C. §§ 1311(a) and |
| | : | 1319(c)(1)(A) |
| Defendant. | : | |
| | : | (Clean Water Act) |

## ORDER

IN CONSIDERATION of the government's motion to dismiss the Information filed in this case, the defendant's opposition if any, for the reasons set forth in government's motion and for good cause shown, it is this _____ day of November, 2007,

ORDERED, that the Information previously filed in this matter, be and it hereby is, DISMISSED.

_____
U.S. District Court Judge Kennedy, Jr.

Date: