**FILED**

**NOV 0 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 07-284 (HHK) |
| | : | |
| LAWRENCE LEWIS, | : | VIOLATION: 33 U.S.C. §§ 1311(a) and |
| | : | 1319(c)(1)(A) |
| Defendant. | : | |
| | : | (Clean Water Act) |

### ORDER

IN CONSIDERATION of the government's motion to dismiss the Information filed in this case, the defendant's opposition if any, for the reasons set forth in government's motion and for good cause shown, it is this 8th day of November, 2007,

ORDERED, that the Information previously filed in this matter, be and it hereby is, DISMISSED.

_____
U.S. District Court Judge Kennedy, Jr.

Date: